1  James G. Sandler, Bar No. 067407
   Richard M. Valdez, Bar No. 156957.
2  **SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**
   402 West Broadway, Suite 1700
3  San Diego, CA 92101-3542
   Telephone (619) 235-5655
4  Facsimile  (619) 235-5648

5  Lewis S. Wiener, admitted *pro hac vice*
   Gail G. Westover, admitted *pro hac vice*
6  Lawrence A. Dany III, admitted *pro hac vice*
   Brennan Ballard, admitted *pro hac vice*
7  **SUTHERLAND ASBILL & BRENNAN LLP**
   1275 Pennsylvania Avenue, N.W.
8  Washington, DC 20004-2415
   Telephone:   202-383-0100
9  Facsimile:   202-637-3593

10 Attorneys for Defendants Advance America, Cash Advance Centers, Inc., Advance America, and
   Cash Advance Centers of California LLC
11

12
                      IN THE UNITED STATES DISTRICT COURT
13
                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA
14

15
   KERRIE STONE,                                    Case No. 3:08-cv-01549-WQH-WMC
16
                  Plaintiffs,                       DEFENDANTS' *EX PARTE* MOTION
17        v.                                        FOR LEAVE TO EXTEND TIME TO
                                                    ANSWER OR OTHERWISE PLEAD
18 ADVANCE AMERICA, CASH ADVANCE
   CENTERS INC., ADVANCE AMERICA,
19 CASH ADVANCE CENTERS OF
   CALIFORNIA, LLC, and DOES 1 through 50,
20 inclusive,

21                Defendants.

22

23
        Defendants Advance America, Cash Advance Centers, Inc., and Advance America, Cash
24
   Advance Centers of California LLC, in accordance with Local Rule 12.1, move the Court to enter an
25
   Order extending Defendants' deadline for filing their Answer or other responsive pleading to the
26
   Complaint to September 25, 2008. In support of this motion, Defendants state as follows:
27

28
                                                  1

SUTHERLAND 8020393.1

1. Plaintiff's Complaint was filed July 16, 2008, served on Defendants on July 25, 2008, and timely removed to this court on August 21, 2008 pursuant to 28 U.S.C. § 1332(d), the Class Action Fairness Act.

2. Defendants have made no previous request for an extension of time in this case.

3. No other dates are scheduled.

4. Defendants requested Plaintiff's consent to an extension of time by way of a joint motion. Plaintiff denied the request.

5. As fully set forth in Defendants' removal papers, the class action complaint in this matter alleges claims covering over 32,000 potential class members and involving over $35.4 million in putative damages.

6. Defendants seek this extension to allow sufficient opportunity to fully investigate the extensive and complex factual and legal allegations asserted in the Class Action Complaint and to analyze their legal options based on the terms of the contracts specifically underlying Plaintiffs' claims.

WHEREFORE, for good cause shown, Defendants Advance America, Cash Advance Centers, Inc., and Advance America, Cash Advance Centers of California LLC request the Court to enter an Order extending Defendants' time to answer or otherwise plead to September 25, 2008.

Dated: September 4, 2008

/s/ Richard M. Valdez
SANDLER, LAZRY, LAUBE,
BYER & VALDEZ LLP
402 West Broadway, Ste. 1700
San Diego, CA 92101
Telephone:   619-235-5655
Facsimile:   619-235-5648
Email:   jsandler@sllbv.com

OTHER COUNSEL:
SUTHERLAND ASBILL & BRENNAN LLP
Lewis S. Wiener, admitted *pro hac vice*
Gail G. Westover, admitted *pro hac vice*

3:08-cv-01549-WQH-WMC

SUTHERLAND 8020393.1

Brendan Ballard, admitted *pro hac vice*
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone:     202-383-0100
Facsimile:      202-637-3593
Email:           lewis.wiener@sutherland.com
                     gail.westover@sutherland.com
                     brendan.ballard@sutherland.com

Lawrence A. Dany, admitted *pro hac vice*
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:     212-389-5000
Facsimile:      212-389-5099
Email:           larry.dany@sutherland.com

**Attorneys for Defendants Advance America, Cash Advance Centers, Inc. and Advance America, Cash Advance Centers of California LLC**

SUTHERLAND 8020393.1