```
 1  JAMES F. CLAPP (145814)
    jclapp@sdlaw.com
 2  MARITA MURPHY LAUINGER (199242)
    mlauinger@sdlaw.com
 3  DOSTART CLAPP GORDON & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
 4  San Diego, California  92122-1253
    Tel:  858-623-4200
 5  Fax: 858-623-4299

 6  KEVIN J. McINERNEY (46491)
    kevin@mcinerneylaw.net
 7  McINERNEY & JONES
    18124 Wedge Parkway #503
 8  Reno, Nevada 89511
    Tel: 775-849-3811
 9  Fax: 775-849-3866

10  Attorneys for Plaintiff Kerrie Stone
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KERRIE STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.; ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 08-CV-1549 WQH (WMc)<br><br>**REQUEST TO ENTER DEFAULT;**<br><br>**DECLARATION OF MARITA M. LAUINGER (ATTACHED, WITH EXHIBITS)** |
|---|---|

TO:   THE CLERK OF THE ABOVE-CAPTIONED COURT

Plaintiff Kerrie Stone hereby requests that the Clerk of the above-captioned Court enter default in this matter against defendants Advance America, Cash Advance Centers, Inc. and Advance America, Cash Advance Centers Of California, LLC on the ground that the defendants have failed to answer or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on both defendants on July 25,

1  2008, as evidenced by the proofs of service of summons attached as Exhibit 1 to the Declaration of
2  Marita M. Lauinger. Defendants filed their Notice of Removal on August 21, 2008. Pursuant to
3  Fed. R. Civ. P. 81(c)(2) and Fed. R. Civ. P. 6(a)(2), defendants' deadline to answer or otherwise
4  respond to plaintiff's complaint was August 28, 2008. Defendant has not filed an answer or other
5  responsive pleading.
6      These facts are set forth in the Declaration of Marita M. Lauinger, attached hereto.
7  Dated: September 5, 2008        DOSTART CLAPP GORDON & COVENEY, LLP
8                                             McINERNEY & JONES
9
10                                            MARITA M. LAUINGER
11                                            Attorneys for Plaintiff Kerrie Stone
12 81036

## DECLARATION OF MARITA M. LAUINGER

I, Marita M. Lauinger, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate with the law firm of Dostart Clapp Gordon & Coveney, LLP, attorneys of record for plaintiff Kerrie Stone. I have personal knowledge of the following facts and if called as a witness would testify as follows:

2. Plaintiff filed her Complaint in the Superior Court of California, County of San Diego on July 16, 2008. On July 25, 2008, plaintiff personally served the Complaint on defendants Advance America, Cash Advance Centers, Inc. and Advance America, Cash Advance Centers of California, LLC. A true and correct copy of the proof of service of summons on file with the Superior Court of California is attached hereto as Exhibit A.

3. Defendants' answer or other responsive pleading was due no later than August 28, 2008. Defendant has not yet filed an answer or other responsive pleading.

4. Defendant Advance America, Cash Advance Centers, Inc. is a corporation. Defendant Advance America, Cash Advance Centers of California, LLC is a limited liability company. Neither defendant is a minor or incompetent person.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 5, 2008 at San Diego, California.

*[signature]*
MARITA M. LAUINGER

EXHIBIT 1

```
 1  JAMES F. CLAPP (145814)
    MARITA M. LAUINGER (199242)
 2  DOSTART CLAPP GORDON & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
 3  San Diego, California 92122
    Telephone: (858) 623-4200
 4  Facsimile: (858) 623-4299

 5  KEVIN J. McINERNEY (46941)
    McINERNEY & JONES
 6  18124 Wedge Parkway #503
    Reno, Nevada 89511
 7  Telephone: (775) 849-3811
    Facsimile: (775) 849-3866
 8
    Attorneys for Plaintiff
 9  Kerrie Stone
```

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| KERRIE STONE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.; ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 37-2008-00087796-CU-BT-CTL<br><br>FILING OF PROOFS OF SERVICE OF SUMMONS ON DEFENDANTS ADVANCE AMERICA, CASH ADVANCE CENTERS, INC. AND ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC<br><br><br>Judge: Yuri Hofmann<br>Dept: 60 |

-1-

FILING OF PROOFS OF SERVICE OF SUMMONS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| James F. Clapp (145814)<br>DOSTART CLAPP GORDON & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, CA 92122<br>TELEPHONE NO.: (858) 623-4200   FAX NO. *(Optional):* (858) 623-4215<br>E-MAIL ADDRESS *(Optional):* jclapp@sdlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Kerrie Stone | FILED<br>AUG 08 2008<br>SAN DIEGO COUNTY, CA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego**
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Kerrie Stone

DEFENDANT/RESPONDENT: Advance America, Cash Advance Centers, Inc.; Advance America, Cash Advance Centers of California, LLC; DOES 1 through 50, inclusive

CASE NUMBER: 37-2008-00087796-CU-BT-CTL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Notice of Case Assignment; Notice to Litigants/ADR Information Package; Stipulation to Alternative Dispute Resolution Process
3. a. Party served *(specify name of party as shown on documents served):* Advance America, Cash Advance Centers, Inc.
   *Accepted by Debbie Sealund, Managing Agent*
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* National Registered Agents, Inc.
4. Address where the party was served: 160 Greentree Drive, Suite 101, Dover, Delaware, 19904
5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 7/25/08   (2) at *(time):* 4:20 PM
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>American LegalNet, Inc.<br>www.FormsWorkflow.com   Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Kerrie Stone | CASE NUMBER: 37-2008-00087796-CU-BT-CTL |
|---|---|
| DEFENDANT/RESPONDENT: Advance America, et. al | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* Advance America, Cash Advance Centers, Inc.
    under the following Code of Civil Procedure section:
    ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
  a. Name: Ontry Patten
  b. Address: DELAWARE ATTORNEY SERVICES – 2000 Pennsylvania Avenue, Suite 207, Wilmington, DE 19806
  c. Telephone number: 302-429-0657
  d. The fee for service was: $
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 28, 2008

Ontry Patten, Process Server
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*

POS-010 [Rev. January 1, 2007]    PROOF OF SERVICE OF SUMMONS    Page 2 of 2
American LegalNet, Inc.
www.FormsWorkflow.com

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>DOSTART CLAPP GORDON & CONVENEY, LLP<br>James F. Clapp, Esq. (SBN 145814)<br>Marita M. Lauinger, Esq. (SBN 199242)<br>4370 La Jolla Village Drive, Suite 970, San Diego, California 92122<br>TELEPHONE NO.: (858) 623-4200   FAX NO. *(Optional)*: (858) 623-4299<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff KERRIE STONE | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, California 92101<br>BRANCH NAME: HALL OF JUSTICE | |
| PLAINTIFF/PETITIONER: KERRIE STONE, individually and on behalf of all<br>DEFENDANT/RESPONDENT: ADVANCE AMERICA, CASH ADVANCE CEN | CASE NUMBER:<br>37-2008-00087796-CU-BT-CTL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice of Case Assignment

3. a. Party served *(specify name of party as shown on documents served)*:
      Advance America, Cash Advance Centers of California, LLC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      National Registered Agents, Inc., Agent for service of process, service was received by Dena La Po

4. Address where the party was served:
   2030 Main Street, Suite 103, Irvine, California 92614

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 07/25/08   (2) at *(time)*: 11:00 a.m.
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: KERRIE STONE, individually and on behalf of all | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ADVANCE AMERICA, CASH ADVANCE CEN | 37-2008-00087796-CU-BT-CTL |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* Advance America, Cash Advance Centers of California, LLC
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
    ☑ other: Limited Liability Company

7. **Person who served papers**
  a. Name: James Johnson, Ace Messenger & Attorney Service, Inc
  b. Address: 310 West 3rd Street, Artists Village, Santa Ana, California 92701
  c. Telephone number: (714) 543-4220
  d. The fee for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: PSC2094
      (iii) County: ORANGE

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: July 28, 2008

JAMES JOHNSON
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*(signed)* James Johnson
(SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On September 5, 2008, I served the foregoing document(s) described as:

- REQUEST TO ENTER DEFAULT; DECLARATION OF MARITA M. LAUINGER;
- PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR LEAVE TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD; DECLARATION OF MARITA M. LAUINGER

on the interested parties in this action addressed to the addressee as follows:

James G. Sandler, Esq.
Richard M. Valdez, Esq.
SANDLER, LASRY, LAUBE, BYER &
  VALDEZ LLP
402 West Broadway, Suite 1700
San Diego, CA 92101-3542
Email: jsandler@sllby.com

☒   (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lewis S. Wiener, Esq.                           Lawrence A. Dany, Esq.
Gail G. Westover, Esq.                          SUTHERLAND ASBILL & BRENNAN, LLP
Brendan Ballard, Esq.                           1114 Avenue of the Americas, 40th Floor
SUTHERLAND ASBILL & BRENNAN, LLP                New York, NY 10036
1275 Pennsylvania Ave, N.W.
Washington, D.C. 20004

☒   (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on September 5, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

KATHRYN A. JORDAN