1  JAMES F. CLAPP (145814)
   jclapp@sdlaw.com
2  MARITA MURPHY LAUINGER (199242)
   mlauinger@sdlaw.com
3  DOSTART CLAPP GORDON & COVENEY, LLP
   4370 La Jolla Village Drive, Suite 970
4  San Diego, California 92122-1253
   Tel: 858-623-4200
5  Fax: 858-623-4299

6  KEVIN J. McINERNEY (46491)
   kevin@mcinerneylaw.net
7  McINERNEY & JONES
   18124 Wedge Parkway #503
8  Reno, Nevada 89511
   Tel: 775-849-3811
9  Fax: 775-849-3866

10 Attorneys for Plaintiff Kerrie Stone

11

12                       UNITED STATES DISTRICT COURT

13                      SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  KERRIE STONE, individually and on behalf of all others similarly situated, | CASE NO. 08-CV-1549 WQH (WMc) |
| 16  Plaintiff, | **PLAINTIFF'S OPPOSITION TO DEFENDANTS'** *EX PARTE* **MOTION FOR LEAVE TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD;** |
| 17  vs. | |
| 18  ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.; ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC; and DOES 1 through 50, inclusive, | **DECLARATION OF MARITA M. LAUINGER (ATTACHED HERETO, WITH EXHIBITS)** |
| 21  Defendants. | |

23

24         Plaintiff Kerrie Stone opposes defendants' ex parte request for an extension of time to

25 answer or otherwise respond to plaintiff's complaint on the following grounds: (1) defendants'

26 time to file an answer or otherwise respond has already expired; (2) plaintiff has filed a request for

27 entry of default; and (3) defendants have not shown "good cause" or "excusable neglect" to justify

28 their failure to respond within the required time.  See Speiser, Krause & Madole, P.C. v. Ortiz,

1  271 F.3d 884, 886-87 (9th Cir. 2001) (counsel's failure to understand Fed. R. Civ. P. 81(c), which
2  requires the defendant to file an answer within 5 days after removal, did not constitute either
3  "excusable neglect" or "good cause" to relieve the defendant from its default).

4  Plaintiff filed her Complaint in the San Diego Superior Court on July 16, 2008.  On July
5  25, 2008, plaintiff personally served defendants Advance America, Cash Advance Centers, Inc.
6  and Advance America, Cash Advance Centers of California, LLC.  See Declaration of Marita M.
7  Lauinger, filed herewith, para. 2 and Exhibit 1 thereto.

8  On August 21, 2008, defendants filed their Notice of Removal.  See Docket No. 1.
9  Pursuant to Fed. R. Civ. P. 81(c)(2) and Fed. R. Civ. P. 6(a)(2), defendants were required to
10 answer or otherwise respond to plaintiff's complaint within 5 days, excluding intermediate
11 Saturdays, Sundays, and holidays.  Therefore, defendants' deadline to respond was August 28,
12 2008.

13 On September 4, 2008, defendants' counsel called plaintiff's counsel to ask if plaintiff
14 would agree to file a joint motion in support of defendants' request for leave to extend the time to
15 respond to the complaint.  Plaintiff's counsel told defendants' counsel that the deadline to respond
16 had already passed.  Defendants' counsel disagreed and said he believed the deadline was
17 September 4, 2008.  Because defendants were already several days past the deadline, and because
18 defendants had not given any reasonable excuse for missing the deadline, plaintiff did not agree to
19 file a joint motion.  Lauinger Declaration, para. 3. On September 5, 2008, plaintiff filed a request
20 for entry of default against both defendants.

21 In Speiser, supra, the Ninth Circuit refused to vacate a default judgment against a
22 defendant whose attorney misunderstood the deadline for responding to the complaint after
23 removal pursuant to Fed. R. Civ. P. 81(c).  The court held that Rule 81(c) was unambiguous, and
24 the attorney's failure to understand the rule did not constitute either "excusable neglect" under
25 Rule 60(b)(1) or "good cause" under Rule 55(c). Id. at. 886-87. Similarly, in Savarese v. Edrick
26 Transfer & Storage, Inc., 513 F.2d 140 (9th Cir. 1975), the Ninth Circuit refused to vacate the
27 defendant's default when it failed to respond to the complaint after removal, cautioning that
28 "parties who remove cases to the federal courts should become acquainted with and comply with

the Federal Rules of Civil Procedure . . . . Defendants in state court actions should not remove them to a federal court if they lack a basic understanding of federal rules and procedure." Id. at 146-47.

In this case, defendants have not provided an excuse for their failure to meet the deadline set forth in Rule 81(c). Instead, defendants appear to have misunderstood the rule. Under the Ninth Circuit cases discussed above, the failure to understand an unambiguous rule of procedure is not a sufficient basis for relieving a defendant from its failure to respond to the complaint. Accordingly, the Court should deny defendants' ex parte motion and instead grant plaintiff's request for entry of default against defendants.

Dated: September 5, 2008

DOSTART CLAPP GORDON & COVENEY, LLP
McINERNEY & JONES

*/s/ Marita M. Lauinger*
MARITA M. LAUINGER
Attorneys for Plaintiff Kerrie Stone

81033.1

# DECLARATION OF MARITA M. LAUINGER

I, Marita M. Lauinger, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate with the law firm of Dostart Clapp Gordon & Coveney, LLP, attorneys of record for Plaintiff Kerrie Stone. I have personal knowledge of the following facts and if called as a witness would testify as follows:

2. My law firm filed plaintiff's complaint in the San Diego Superior Court on July 16, 2008. On July 25, 2008, our attorney service personally served defendants Advance America, Cash Advance Centers, Inc. and Advance America, Cash Advance Centers of California, LLC. Attached hereto as Exhibit 1 are true and correct copies of the proofs of service against these defendants.

3. On Thursday, September 4, 2008 at approximately 1:50 p.m., Lawrence A. Dany of Sutherland Asbill & Brennan LLP telephoned me to ask if we would agree to file a joint motion for an extension of time for defendants to file a responsive pleading. Mr. Dany said his clients needed more time to decide how to respond to the complaint. I told Mr. Dany that the deadline to respond to the complaint had already passed. Mr. Dany disagreed and said he believed the deadline was September 4, 2008. At approximately 4:00 p.m. on September 4, 2008, I had a second telephone conversation with Mr. Dany, wherein I informed him that plaintiff would not agree to file a joint motion. Later that day, defendants filed the instant ex parte application. At no time have defendants provided me with any excuse or explanation for missing the deadline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 5, 2008 at San Diego, California.

_____
MARITA M. LAUINGER

---

4
PLAINTIFF'S OPPOSITION TO EX PARTE MOTION FOR LEAVE TO EXTEND TIME   08-CV-1549 WQH

EXHIBIT 1

```
 1  JAMES F. CLAPP (145814)
    MARITA M. LAUINGER (199242)
 2  DOSTART CLAPP GORDON & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
 3  San Diego, California 92122
    Telephone: (858) 623-4200
 4  Facsimile: (858) 623-4299

 5  KEVIN J. McINERNEY (46941)
    McINERNEY & JONES
 6  18124 Wedge Parkway #503
    Reno, Nevada 89511
 7  Telephone: (775) 849-3811
    Facsimile: (775) 849-3866
 8
    Attorneys for Plaintiff
 9  Kerrie Stone

10                    SUPERIOR COURT OF CALIFORNIA

11                  IN AND FOR THE COUNTY OF SAN DIEGO

12
```

| | |
|---|---|
| KERRIE STONE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.; ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 37-2008-00087796-CU-BT-CTL<br><br>FILING OF PROOFS OF SERVICE OF SUMMONS ON DEFENDANTS ADVANCE AMERICA, CASH ADVANCE CENTERS, INC. AND ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC<br><br><br>Judge: Yuri Hofmann<br>Dept: 60 |

-1-

FILING OF PROOFS OF SERVICE OF SUMMONS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James F. Clapp (145814)<br>DOSTART CLAPP GORDON & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, CA 92122<br>TELEPHONE NO.: (858) 623-4200    FAX NO. (Optional): (858) 623-4215<br>E-MAIL ADDRESS (Optional): jclapp@sdlaw.com<br>ATTORNEY FOR (Name): Plaintiff Kerrie Stone | FILED<br>AUG 08 2008<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Diego**
STREET ADDRESS:   330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE:  San Diego, CA 92101
BRANCH NAME:   Hall of Justice

PLAINTIFF/PETITIONER: Kerrie Stone

DEFENDANT/RESPONDENT: Advance America, Cash Advance Centers, Inc.; Advance America, Cash Advance Centers of California, LLC; DOES 1 through 50, inclusive

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER:
37-2008-00087796-CU-BT-CTL

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Notice of Case Assignment; Notice to Litigants/ADR Information Package; Stipulation to Alternative Dispute Resolution Process

3. a. Party served *(specify name of party as shown on documents served)*: Advance America, Cash Advance Centers, Inc.
      Accepted by Debbie Seaund, Managing Agent

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: National Registered Agents, Inc.

4. Address where the party was served: 160 Greentree Drive, Suite 101, Dover, Delaware, 19904

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 7/25/08   (2) at *(time)*: 4:20 PM
   b. ☐ **by substituted service.** On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:         or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 2
Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Kerrie Stone | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Advance America, et. al | 37-2008-00087796-CU-BT-CTL |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Advance America, Cash Advance Centers, Inc.
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Ontry Patten
   b. Address: DELAWARE ATTORNEY SERVICES - 2000 Pennsylvania Avenue, Suite 207, Wilmington, DE 19806
   c. Telephone number: 302-429-0657
   d. **The fee** for service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: July 28, 2008

Ontry Patten, Process Server
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ /s/ Ontry Patten (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>DOSTART CLAPP GORDON & CONVENEY, LLP<br>James F. Clapp, Esq. (SBN 145814)<br>Marita M. Lauinger, Esq. (SBN 199242)<br>4370 La Jolla Village Drive, Suite 970, San Diego, California 92122<br>TELEPHONE NO.: (858) 623-4200  FAX NO. *(Optional):* (858) 623-4299<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff KERRIE STONE | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, California 92101<br>BRANCH NAME: HALL OF JUSTICE | |
| PLAINTIFF/PETITIONER: KERRIE STONE, individually and on behalf of all<br>DEFENDANT/RESPONDENT: ADVANCE AMERICA, CASH ADVANCE CEN | CASE NUMBER:<br>37-2008-00087796-CU-BT-CTL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Assignment

3. a. Party served *(specify name of party as shown on documents served):*
   Advance America, Cash Advance Centers of California, LLC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   National Registered Agents, Inc., Agent for service of process, service was received by Dena La Po

4. Address where the party was served:
   2030 Main Street, Suite 103, Irvine, California 92614

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 07/25/08   (2) at *(time):* 11:00 a.m.
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: KERRIE STONE, individually and on behalf of all | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ADVANCE AMERICA, CASH ADVANCE CEN | 37-2008-00087796-CU-BT-CTL |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* Advance America, Cash Advance Centers of California, LLC
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                         ☑ other: Limited Liability Company

7. **Person who served papers**
  a. Name: James Johnson, Ace Messenger & Attorney Service, Inc
  b. Address: 310 West 3rd Street, Artists Village, Santa Ana, California 92701
  c. Telephone number: (714) 543-4220
  d. **The fee** for service was: $
  e. **I am:**
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: PSC2094
      (iii) County: ORANGE

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: July 28, 2008

JAMES JOHNSON                ▶ *James Johnson*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

## PROOF OF SERVICE

      I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

      On September 5, 2008, I served the foregoing document(s) described as:

- REQUEST TO ENTER DEFAULT; DECLARATION OF MARITA M. LAUINGER;
- PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR LEAVE TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD; DECLARATION OF MARITA M. LAUINGER

on the interested parties in this action addressed to the addressee as follows:

James G. Sandler, Esq.
Richard M. Valdez, Esq.
SANDLER, LASRY, LAUBE, BYER &
  VALDEZ LLP
402 West Broadway, Suite 1700
San Diego, CA 92101-3542
Email: jsandler@sllby.com

☒    (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

---

| | |
|---|---|
| Lewis S. Wiener, Esq.<br>Gail G. Westover, Esq.<br>Brendan Ballard, Esq.<br>SUTHERLAND ASBILL & BRENNAN, LLP<br>1275 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004 | Lawrence A. Dany, Esq.<br>SUTHERLAND ASBILL & BRENNAN, LLP<br>1114 Avenue of the Americas, 40th Floor<br>New York, NY 10036 |

☒    (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

      Executed on September 5, 2008, at San Diego, California.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        KATHRYN A. JORDAN