1 | JAMES F. CLAPP (145814)
jclapp@sdlaw.com
2 | MARITA MURPHY LAUINGER (199242)
mlauinger@sdlaw.com
3 | DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
4 | San Diego, California 92122-1253
Tel: 858-623-4200
5 | Fax: 858-623-4299

6 | KEVIN J. MCINERNEY (46491)
kevin@mcinerneylaw.net
7 | McINERNEY & JONES
18124 Wedge Parkway #503
8 | Reno, Nevada 89511
Tel: 775-849-3811
9 | Fax: 775-849-3866

10 | Attorneys for Plaintiff Kerrie Stone

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KERRIE STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.; ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 08-CV-1549 WQH (WMc)<br><br>**STIPULATION WITHDRAWING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND SETTING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
|---|---|

Plaintiff Kerrie Stone and defendants Advance America, Cash Advance Centers, Inc. and Advance America, Cash Advance Centers of California, LLC, hereby stipulate as follows:

WHEREAS, defendants removed the instant lawsuit to this Court on August 21, 2008;

WHEREAS, pursuant to Fed. R. Civ. P. 81(c), defendants' deadline for responding to plaintiff's complaint was August 28, 2008;

/ / /

---
1
STIPULATION RE: TIME TO RESPOND TO COMPLAINT                                        08-CV-1549 WQH

WHEREAS, due to a clerical error at the office of defendants' counsel, the deadline for responding to the complaint was incorrectly calendared;

WHEREAS, defendants have filed an ex parte application for an extension of time to respond to the complaint, and plaintiff has filed a request for entry of default against defendants;

WHEREAS, plaintiff has offered to withdraw her request for entry of default provided that defendants respond to the complaint on or before September 15, 2008;

NOW THEREFORE, subject to the Court's approval of this stipulation, the parties hereby agree as follows:

1. Plaintiff hereby withdraws her request for entry of default against defendants;

2. Defendants shall file and serve their answer or other response to the complaint on or before September 15, 2008;

IT IS SO STIPULATED.

Dated: September 8, 2008         DOSTART CLAPP GORDON & COVENEY, LLP
                                 McINERNEY & JONES


                                 s/James F. Clapp
                                 JAMES F. CLAPP
                                 Attorneys for Plaintiff Kerrie Stone

Dated: September 8, 2008         SUTHERLAND ASBILL & BRENNAN LLP


                                 s/Lewis S. Wiener
                                 LEWIS S. WIENER, admitted *pro hac vice*
                                 Attorneys for Defendants Advance America, Cash
                                 Advance Centers, Inc. and Advance America, Cash
                                 Advance Centers of California, LLC

.OC

PROOF OF SERVICE

      I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

      On September 8, 2008, I served the foregoing document(s) described as:

- STIPULATION WITHDRAWING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND SETTING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT

on the interested parties in this action addressed to the addressee as follows:

James G. Sandler, Esq.
Richard M. Valdez, Esq.
SANDLER, LASRY, LAUBE, BYER &
  VALDEZ LLP
402 West Broadway, Suite 1700
San Diego, CA 92101-3542
Email: jsandler@sllby.com

☒ (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

---

Lewis S. Wiener, Esq.
Gail G. Westover, Esq.
Brendan Ballard, Esq.
SUTHERLAND ASBILL & BRENNAN, LLP
1275 Pennsylvania Ave, N.W.
Washington, D.C. 20004

Lawrence A. Dany, Esq.
SUTHERLAND ASBILL & BRENNAN, LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036

☒ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

      Executed on September 8, 2008, at San Diego, California.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                   KATHRYN A. JORDAN