1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
## SOUTHERN DISTRICT OF CALIFORNIA
10
11    KERRIE STONE, individually and on behalf          CASE NO. 08cv1549 WQH (WMc)
       of all others similarly situated,
12                                                         ORDER
                                  Plaintiff,
13           vs.
       ADVANCE AMERICA, CASH ADVANCE
14    CENTERS, INC.; et al.,
15                                 Defendants.
16    HAYES, Judge:
17           The Joint Motion to Withdraw Plaintiff's Request for Entry of Default and to Set Deadline for
18    Defendants to Respond to Complaint (Doc. # 10) is **GRANTED.**  The Court orders the Clerk of the
19    Court to terminate the request for entry of default (Doc. # 5).  Defendants shall file and serve their
20    answer or other response to the complaint on or before September 15, 2008.  In light of the foregoing,
21    the Ex Parte Motion for Extension of Time to File Answer or Otherwise Plead (Doc. # 4) and the
22    Supplemental Motion for Extension of Time to File Answer or Otherwise Plead (Doc. # 7) are
23    **DENIED as moot.**
24    DATED:  September 10, 2008
25
26                                                         **WILLIAM Q. HAYES**
                                                           United States District Judge
27
28